

ORIGINAL

FILED

12/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0420

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0420

STATE OF MONTANA,

Plaintiff and Appellee,

v.

GERALD COOPER SCHWEGEL,

Defendant and Appellant.

**FILED**

DEC 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

The record was filed for purposes of this appeal on October 4, 2021. Nothing further was filed, and on November 15, 2021, this Court ordered that Appellant prepare, file, and serve the opening brief no later than December 15, 2021. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Gerald Cooper Schwegel and to all counsel of record.

DATED this 28 day of December, 2021.

_____
Chief Justice

_____
_____
_____

_____
Justices